# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**NICHOLAS SICKINGER,**

**Plaintiff,**

v.                                                                 **Case No. 26-CV-142**

**CHAD HENDEE, *et al.*,**

**Defendants.**

---

## REPORT AND RECOMMENDATION

---

Plaintiff Nicholas Sickinger, who is representing himself, filed a complaint under 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights. (ECF No. 1.) Sickinger also filed a motion for leave to proceed without prepayment of the filing fee. (ECF No. 2.)

On February 6, 2026, he submitted a certified copy of his prisoner trust account statement. (ECF No. 5.) On February 9, 2026, the court ordered Sickinger to pay an initial partial filing fee of $58.18 by March 11, 2026. (ECF No.6)  The court warned Sickinger that, if he does not pay the fee or explain why he cannot by the deadline, the court will dismiss this case based on his failure to pay the fee. (*Id.* at 3.)

On February 23, 2026, Sickinger filed a motion for extension of time to pay the initial partial filing fee, (ECF No. 7), which the court granted via a text only order, giving him until April 10, 2026, in which to file the fee (ECF No. 8).

The April 10, 2026, deadline has passed and the court has not heard from Sickinger. Because the defendants have not consented to magistrate judge jurisdiction, the court will recommend that this case be dismissed without prejudice for failure to pay the initial partial filing fee.

**NOW, THEREFORE, IT IS RECOMMENDED** that Sickinger's complaint (ECF No. 1) be **DISMISSED without prejudice**.

**IT IS FURTHER RECOMMENDED** that Sickinger be ordered to pay the $350 balance of the filing fee over time by forwarding payments to the Clerk of Court's office.

**IT IS FURTHER RECOMMENDED** that Sickinger's motion for temporary restraining order (ECF No. 9) be **DENIED as moot**.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of entry of this recommendation. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal.

2

Dated at Milwaukee, Wisconsin this 5th day of May, 2026.


BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge

3