# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

NICHOLAS SICKINGER,

        Plaintiff,

v.

CHAD HENDEE, MELISSA MAU,
KRISTEN KRAFFT, and
MARQUETTE COUNTY CHILD
SUPPORT,

        Defendants.

Case No. 26-CV-142-JPS

**ORDER**

        Plaintiff Nicholas Sicknger, a former prisoner, filed a pro se complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated. ECF No. 1. On May 5, 2026, Magistrate Judge William E. Duffin issued a report and recommendation to this Court that this action be dismissed without prejudice for Plaintiff's failure to pay the initial partial filing fee. ECF No. 11. The report also recommended that Plaintiff be ordered to pay the $350.00 filing fee over time and to deny his motion for a temporary restraining order as moot. *Id.* The time for objecting to the recommendation has passed and no objection has been received. *See* Fed. R. Civ. P. 72; Gen. L.R. 72(c).

        The Court has considered the recommendation and, in light of its agreement with Magistrate Judge Duffin's analysis and without objection from Plaintiff, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation, ECF No. 11, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED without prejudice** for the failure to pay the initial partial filing fee;

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed without prepayment of the filing fee, ECF No. 2, be and the same is hereby **GRANTED**; Plaintiff shall pay the $350.00 balance of the filing fee over time as he is able; and

**IT IS FURTHER ORDERED** that Plaintiff's motion for a temporary restraining order, ECF No. 9, be and the same is hereby **DENIED as moot**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge